UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

U. S. DISTRICT COURT
N.D. OF N.Y.
FILED
COPY
MAY 9 1990
AT_____ O'CLOCK ___M.
J.R. SCULLY, Clerk
SYRACUSE

MURAD HASAN BEYAH,

        Plaintiff,

   -v-                          88-CV-1053

JOHN LAIDLAW, et al.,

        Defendants.

APPEARANCES:                      OF COUNSEL:

MURAD HASAN BEYAH
Plaintiff, Pro Se
86-C-0284
Great Meadow Correctional Facility
Box 51
Comstock, NY  12821

JON A. GERBER, ESQ.        SUSAN ANDERSON, ESQ.
Onondaga County Attorney   Deputy County Attorney
Attorney for County Defendants
421 Montgomery Street
Syracuse, NY 13202

NEAL P. McCURN, C.J.

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Ralph W. Smith, Jr., duly filed on the 30th day of January, 1989.  Following ten days from the service thereof, the Clerk has sent me the entire file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate's Report-Recommendation, and the plaintiff's objections submitted thereto, it is

    ORDERED, that:

AO 72A
(Rev. 8/82)

    (1) The Report-Recommendation is hereby approved.

    (2) The motion for summary judgment by the County defendants is granted;

    (3) The motion by the City defendants to file an amended anser is denied;

    (4) The complaint is dismissed against the City defendants pursuant to 28 U.S.C. § 1915(d);

    (5) The motion to compel Onondaga County to respond to interrogatories is denied; and

    (6) The motion by plaintiff to supplement his complaint is denied.

DATED: ~~March 16~~ May 5, 1990
    Syracuse, New York

                Neal P. McCurn
                NEAL P. McCURN
                CHIEF U.S. DISTRICT JUDGE